MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Rogelio Rodriguez-Salsada__    No. __08mj0890__

The Court finds excludable delay, under the Speedy Trial Act, by case
commenced on __3/24/08__ and ended on __3/27/08__ ✓ xm
_____ and ended on _____

3161(h)

___ (1)(A)   Exam or hrg for mental or physical incapacity
___ (1)(B)   NARA examination (28:2902)
___ (1)(D)   State or Federal trials or other charges pending
___ (1)(E)   Interlocutory appeals
___ (1)(F)   Pretrial motions (from flg to hrg or other prompt dis)
___ (1)(G)   Transfers from other district (per FRCrP 20, 21 & 40)
___ (1)(J)   Proceedings under advisement not to exceed thirty days
___          Misc proc: Parole or prob rev, deportation, extradition
___ (1)(H)   Transportation from another district or to/from examination, or hospitalization in ten days or less
___ (1)(I)   Consideration by Court of proposed plea agreement
___ (2)      Prosecution deferred by mutual agreement
X (3)(A)(B)  Unavailability of defendant or essential witness
___ (4)      Period of mental or physical incompetence of defendant to stand trial
___ (5)      Period of NARA commitment or treatment
___ (6)      Superseding indictment and/or new charges
___ (7)      Defendant awaiting trial of co-defendant when no severance has been granted
___ (8)(A)(B) Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance
___ (8)(B)(I) 1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.
              (Continuance - miscarriage of justice)
              2) Failure to grant a continuance at the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting determination as to whether the plea will be accepted.
              (Continuance - tendered a guilty plea)
___ (8)(B)(ii)  2) Case unusual or complex
___ (8)(B)(iii) 3) Indictment following arrest cannot be filed
___ (8)(B)(iv)  4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare
                (Continuance re counsel)
___ 3161(I)     Time up to withdrawal of guilty plea
___ 3161(b)     Grand jury indictment time extended thirty (30) more days

Date __3-26-08__                                    __[signature]__